1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

11

THE UNITED STATES OF AMERICA,

Case No.  3:73-cv-00183-LDG

12

Plaintiff,

13

v.

**ORDER**

14

ALPINE LAND & RESERVOIR CO., et al.,

15

16

Defendant.

17

18    Good cause being shown, it is hereby ordered that the Clerk of the Court shall transfer the

19    South Tahoe Public Utility District's Motion for Order Approving Temporary Change in Point of

20    Diversion, Place and Manner of Use of Decreed Water Rights in California from the above-entitled

21    action to a separate subfile, numbered 3:73-cv-   209   -LDG.  The South Tahoe Public Utility

22    District shall forthwith publish, once a week for five consecutive weeks, the following order in The

23    Record-Courier, Gardnerville, Nevada:

24

25          IT IS ORDERED that the heretofore filed motion of the South Tahoe
            Public Utility District for an Order Approving Temporary Change in
26          Point of Diversion, Place and Manner of Use of Decreed Water
            Rights in California identified as Claims Nos. 451, 452, 466, 470,
27          471, 472 and 473 in the Final Decree entered in Case No. 3:73-cv-
            00183-LDG, be transferred to a separate file to be designated as 3:73-
28          cv-   209   -LDG.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
21 East Carrillo Street
Santa Barbara, CA 93101

SB 592308 v3:007627.0137

All parties interested in the motion are referred to the file contained in the office of the Clerk of the United States District Court for the District of Nevada, 400 South Virginia Street, Reno, Nevada, 89501, or through the Court's website, http://www.nvd.uscourts.gov/, for further particulars.  Any party objecting to the said motion shall file its objections on or before:  January 11, 2012 .  Any responses shall be filed no later than January 25, 2012.

IT IS ORDERED the court shall hear this matter via Video Conference Hearing with the Honorable Judge Lloyd D. George sitting in Las Vegas, NV and a courtroom in Reno NV shall be determined at a later date.  Said hearing is set for Wednesday, February 15, 2012 at the hour or 1:00 PM.

Dated this _____ day of November, 2011

_____
Lloyd D. George, United States District Judge

BROWNSTEIN HYATT FARBER SCHRECK, LLP
21 East Carrillo Street
Santa Barbara, CA 93101

2